*Padgham & Padgham* against.

---

CATHARINE E. HOLTHOEFER v. CASPAR J. HOLTHOEFER
[See ante, p. 260.]
*Petition for alimony pending appeal.*

Where a bill for divorce filed by a wife has been dismissed and the complainant appeals, there should be a certificate that the appeal is in good faith, or a showing made by counsel to that effect, to support an application for alimony pending appeal. But it is not a matter of right in any such case.

Motion for allowance of alimony and counsel fee, pending appeal. Submitted October 4, 1881. Decided October 5.

*Wisner & Speed* for the motion.

*James T. Keena* against.